IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN A. GARCIA and
JAVIER PAREDES,

    *Plaintiffs,*

vs.                                                                                                  Civ. No. 24-680 KWR/SCY

WILL TRANSPORT AMERICAN
CORPORATION, ARIEL MARENCO MIRANDA
and RAUL MORENO,

    *Defendants.*

**ORDER FOR SERVICE OF PROCESS BY PUBLICATION IN NEWSPAPER**

ON THIS date, the Court considered Plaintiffs' motion for leave to serve Defendant Ariel Marenco Miranda ("Marenco") by publication and to extend the deadline to serve Marenco, and supplements thereto, including declarations. The Court finds that Plaintiffs' motion is and should be GRANTED. The Court further orders that because service cannot reasonably be made as provided by Rule 1-004, NMRA, Plaintiffs shall serve Marenco by publication in the Hobbs News Sun, once each week for three (3) consecutive weeks, as permitted by Rule 1-004(K), NMRA. In accordance with Rule 1-004 (K)(2), NRMA, Plaintiffs are ordered to publish the following Notice of Suit in the Hobbs-News Sun, once per week for three consecutive weeks:

    NOTICE OF SUIT TO ARIEL MARENCO MIRANDA

    Cause No. CV 24-680 KWR/SCY, in the United States District Court for the District of New Mexico, *Juan A. Garcia and Javier Paredes v. WILL TRANSPORT AMERICAN CORPORATION, ARIEL MARENCO MIRANDA, and RAUL MORENO*

    Take notice that a lawsuit has been filed against you. The subject of the lawsuit is the crash that occurred on January 28, 2024, wherein Juan A. Garcia and Javier Paredes

>sustained personal injuries.  The name, address and telephone number of Plaintiffs' attorney is: Sonia Rodriguez, 6243 IH-10 West, Suite 801, San Antonio, Texas 78201, (210) 941-1301.
>
>If you do not file an answer within the above-titled Court within 30 days after the third publication of this Notice, the Court may enter a default judgment against you.

The Court extends the Plaintiffs' deadline to serve Marenco so that he may be served by publication, as contemplated here.

    After the expiration of three consecutive weeks of publication, Plaintiffs shall file proof that the Notice of Suit was published, together with an affidavit of publication.

_____
Steven C. Yarbrough