IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN A. GARCIA and JAVIER PAREDES,

    Plaintiffs,

v.                                                                                                  Civ. No. 24-680 KWR/SCY

WILL TRANSPORT AMERICAN
CORPORATION, ARIEL MARENCO
MIRANDA, and RAUL MORENO,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

On April 17, 2025, the Court extended the deadline to serve Defendant Raul Moreno under this rule by 60 days, or until June 16, 2025. Doc. 50. Since then, the record reflects that Plaintiffs have not served Defendant Raul Moreno, and the time to serve set by the Court has expired.

**WHEREFORE, IT IS HEREBY ORDERED** that, in order to avoid dismissal of Defendant Raul Moreno, on or before **July 7, 2025** Plaintiffs must either effect service, file a request for alternative service, or file a motion for extension of time to do so.

_____
Steven C. Yarbrough
United States Magistrate Judge