IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JUAN A. GARCIA and JAVIER PAREDES,

    Plaintiffs,

vs.                                                              Civ. No. 24-680 KWR/SCY

WILL TRANSPORT AMERICAN
CORPORATION, and ARIEL MARENCO
MIRANDA, and RAUL MORENO,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Steven C. Yarbrough's July 7, 2025 Proposed Findings And Recommended Disposition ("PFRD"). Doc. 63. In that PFRD, Judge Yarbrough recommends that the Court dismiss without prejudice Defendant Moreno. *Id.* at 1. Judge Yarbrough notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD. *Id.* at 2. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Yarbrough's findings and recommendation.

**IT IS THEREFORE ORDERED THAT**:

1. The Court ADOPTS Judge Yarbrough's Proposed Findings and Recommended Disposition (Doc. 63); and

2. Dismisses Defendant Moreno from this lawsuit without prejudice.

**IT IS SO ORDERED.**

                                                                                             **/S/ KEA W. RIGGS**
                                                                                             United States District Judge